IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE WEST,

      Plaintiff,                         No. CIV S-06-0785 GEB DAD P

    vs.

KEN FORSHAY, et al.,

      Defendants.                <u>ORDER</u>

                                        /

        Plaintiff, a state prisoner proceeding pro se, has requested that the court dismiss this case. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff's request for voluntary dismissal will be honored. Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 20, 2006 request is granted; and

        2. This action is dismissed without prejudice.

DATED: December 27, 2006.

                                            /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
west0785.59